

RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 9/20/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ROCHENEL FAUSTIN | CIVIL ACTION NO. 11-0206<br>Section P |
| VERSUS | JUDGE ROBERT G. JAMES |
| JOHN SMITH, WARDEN FOR<br>TENSAS DETENTION, ET AL. | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. No. 25] filed on behalf of respondents is **GRANTED**, and the Petition for Writ of *Habeas Corpus* is hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

MONROE, LOUISIANA, this **20** day of **September** 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE